[No. 5502-1.   Division One.   July 10, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROL ANN WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 78328, Horton Smith, J., entered March 8, 1977. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Callow and Andersen, JJ.

[No. 5519-1.   Division One.   July 10, 1978.]

H. D. TOMLINSON, *Appellant,* v. LESLIE BARCLAY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 120807, Phillip G. Sheridan, J., entered March 16, 1977. *Remanded with instructions* by unpublished opinion per Ringold, J., concurred in by James and Petrie, JJ.

[No. 5690-1.   Division One.   July 10, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD THEODORE HORVATH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 78908, H. Joseph Coleman, J., entered May 16, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James and Williams, JJ.